11 So.2d 172

**Lucious MORGAN v. STATE.**

4 Div. 745.

Court of Appeals of Alabama.

Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

8 So.2d 904

**Tasker MORGAN v. STATE.**

8 Div. 279.

Court of Appeals of Alabama.

·June 9, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

5 So.2d 851

**Mack MORRIS v. STATE.**

4 Div. 667.

Court of Appeals of Alabama.

Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

2 So.2d 926

**Rube MORROW v. STATE.**

8 Div. 100.

Court of Appeals of· Alabama.

April 22, 1941.

W. C. Rayburn, of Guntersville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

4 So.2d 925

**Sammie MOSELEY v. STATE.**

8 Div. 167.

Court of Appeals of Alabama.

Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

6 So.2d 906

**Sam MOSLEY v. STATE.**

8 Div. 183.

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.